IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ELKINO DENARDO DAWKINS,

    Plaintiff,

v.                                      CASE NO. 4:12cv475-RH/CAS

STATE OF FLORIDA,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. It recommends dismissal. No objections have been filed.

The magistrate judge also has filed a more recent amended report and recommendation, ECF No. 7, noting that the plaintiff has failed to keep the court advised of his current address—the first report and recommendation was returned as undeliverable—and that this is an additional ground for dismissal. The amended report and recommendation also has been returned as undeliverable. No purpose would be served by delaying for any objections to the amended report and

recommendation; the plaintiff did not receive it, and dismissal based on the original report and recommendation would be appropriate anyway.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on November 1, 2012.

                                  s/Robert L. Hinkle
                                  United States District Judge